IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AXEL COCKRILL and JERRY VOELCKER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. C-03-367 |
| ALLFAST FASTENING SYSTEMS, INC., et al., | § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their below-signed attorneys, state to the Court that they have reached an agreement to settle the above-captioned case. The parties will file an unopposed motion to dismiss the case as soon as the releases have been executed and the parties have fulfilled their obligations under the agreement.

DLI-6135533v1

DATED: August 23, 2007

Respectfully submitted as agreed:

*[signature: Jeth Jones /by permission KPC]*
L. Jeth Jones II
Texas Bar No. 240129277
Federal Bar No. 36350
Heard, Robins, Cloud, & Lubel L.L.P.
500 Dallas, Suite 3100
Houston, Texas 77002
Telephone: (713) 650-1200
Facsimile: (713) 650-1400
**Attorney-in-Charge for Plaintiffs**

*[signature: Roy Atwood /by permission KPC]*
Roy T. Atwood
Texas Bar No. 01428040
Federal Bar No. 11976
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
**Attorney-in-Charge for Textron Defendants**

*[signature: Monte English /by permission KPC]*
Monte J. English
Texas Bar No. 06625700
Federal Bar No. 2776
English, Clemons & Rodriguez, L.L.P.
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478
Telephone: (361) 882-2244
Facsimile: (361) 882-2773
**Attorney-in-Charge for Defendant The Boeing Company**

John D. Dillow
Brendan Murphy
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
**Attorneys for Defendant The Boeing Company**

*[signature: Steve Andrews /by permission KPC]*
Stephen S. Andrews
Texas Bar No. 01250300
Federal Bar No. 1458
Brown McCarroll L.L.P.
1111 Bagby, 47th Floor
Houston, TX 77002-2543
Telephone: (713) 529-3110
Facsimile: (713) 525-6295
**Attorney-in-Charge for Fairchild Fasteners Direct, Inc. (The Fairchild Corporation)**

*[signature: Erin Parkinson /by permission KPC]*
Erin Fury Parkinson
Texas Bar No. 24030294
Federal Bar No. 22119
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 596-2814
Facsimile: (504) 596-2867
**Attorney-in-Charge for Defendant M&M Aerospace Hardware, Inc.**

*Greg Waller /by permission KCC*
Greg Waller
Texas Bar No. 00794813
Federal Bar No. 20272
Andrews Kurth, L.L.P.
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
**Attorney-in-Charge for Defendant Huck International Inc. Alcoa, Inc. and Alcoa Global Fasteners, Inc.**

*Michael Richardson /by permission KCC*
Michael D. Richardson
Texas Bar No. 16868220
Federal Bar No. 9727
Rose Walker LLP
1701 N. Market Street, Suite 200
Dallas, Texas 75202
Telephone: (214) 752-8600
Facsimile: (214) 752-8700
**Attorney-in-Charge for Defendant BE Aerospace, Inc.**

*Lyn Stevens /by permission KCC*
R. Lyn Stevens
Texas Bar No. 06713723
Federal Bar No. 3711
Stevens, Baldo & Freeman, L.L.P.
550 Fannin, Suite 700
Beaumont, Texas 77701
Telephone: (409) 835-5200
Facsimile: (409) 838-5638
**Attorney-in-Charge for Defendant AllFast Fastening Systems, Inc.**

*Robert Ruckman /by permission KCC*
Robert F. Ruckman
Texas Bar No. 17367000
Federal Bar No. 12018
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
**Attorney-in-Charge for Sikorsky Defendants**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via the Court's ECF on the 23rd day of August, 2007, to all counsel of record.

*K. Conrad*